# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number 3:14-CR-0063 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| ANTHONY ROSS, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

Upon the Government's Motion to Dismiss, the case is hereby DISMISSED.

June 13, 2017                                              s/Michael J. Newman
                                                          Michael J. Newman
                                                   United States Magistrate Judge